# EXHIBIT C

# Voter Information Lookup

Please find your voter registration information below.

Full Name:
**BRANDON TYLER WARD**

Street Address:
**143 RIBERIA ST APT A**

City:
**ST AUGUSTINE**

Zip Code:
**32084**

County Name:
**ST. JOHNS**

Voter Identification Number:
**131922829**

Date Of Registration:
**10/8/2023**

Party:
**Republican Party of Florida**

Voter Status:
**Active***

*An active voter refers to a registered voter who is eligible to vote.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.fl.gov/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.fl.gov (mailto:BVRSHelp@dos.fl.gov) for website assistance.






**Ron DeSantis, Governor**
**Cord Byrd, Secretary of State**

Privacy Policy (https://dos.fl.gov/privacy-policy/)
| Accessibility (https://dos.fl.gov/accessibility/)
| Site Map (https://dos.fl.gov/site-map/)
| Communications (https://dos.fl.gov/communications/)
| Connect (https://dos.fl.gov/communications/connect/)

## Questions or comments? Contact Us (mailto:BVRSHelp@dos.fl.gov)

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright (https://dos.fl.gov/copyright/) © 2026 State of Florida, Florida Department of State.



# Florida Department of State

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

**Voter Assistance Hotline:**
1.866.308.6739
**Hours:** Monday - Friday 8:00 AM - 5:00 PM (Eastern Time)
If hearing or speech impaired, please contact the Division using the **Florida Relay Service (https://www.ftri.org/relay)**, 1.800.955.8771 (TTY) or 1.800.955.8770 (Voice) or 1-800-955-1339 (ASCII), or 1.877.955.8773 (español a español ).